```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 03 B 48952
   VIOLA COSBY
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5111

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/03/2003 and was confirmed 03/03/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 08/22/2007.
------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
MIDLAND MORTGAGE CO      CURRENT MORTG          .00            .00            .00
MIDLAND MORTGAGE CO      MORTGAGE ARRE      5872.90            .00        5872.90
CAPITAL ONE BANK         UNSECURED           508.51            .00          50.85
CHECK N GO               UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK         UNSECURED           532.85            .00          53.29
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       1,780.20                       1,780.20
TOM VAUGHN               TRUSTEE                                            422.66
DEBTOR REFUND            REFUND                                              17.10

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                8,197.00

PRIORITY                                          .00
SECURED                                      5,872.90
UNSECURED                                      104.14
ADMINISTRATIVE                               1,780.20
TRUSTEE COMPENSATION                           422.66
DEBTOR REFUND                                   17.10
                     --------------       --------------
TOTALS                 8,197.00              8,197.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 48952 VIOLA COSBY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/29/07 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

PAGE  2
CASE NO. 03 B 48952 VIOLA COSBY